### 205.   Crosby v. The State.

Powell, J. The evidence authorized the verdict, and the court finds no reversible error in the exceptions taken to the charge.

*Judgment affirmed.*

Conviction of shooting at another, from Appling superior court —Judge Parker. December 14, 1906.

Submitted February 18,—Decided February 20, 1907.

*W. W. Bennett, H. A. King, A. D. Sellers,* for plaintiff in error. *John W. Bennett, solicitor-general,* contra.